

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2014

No. 04-13-00803-CV

Denise **MCVEA** and Auris Project, Inc.,
Appellants

v.

James Michael **KISSLER**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-14927
Honorable Barbara Hanson Nellermoe, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Sandee Bryan Marion, Justice

Appellant's motion for reconsideration is GRANTED. This court's opinion and judgment dated February 12, 2014, are WITHDRAWN. The court reporter's notification of late record is NOTED. The reporter's record must be filed in this appeal no later than March 20, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of March, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court